UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-cv-24016-KING/McALILEY

HAINAN CRUISE ENTERPRISE, S.A.,

    Plaintiff,

vs.

HAPPY CRUISES S.A. et al.,

    Defendants.
_____/

## NOTICE OF BANKRUPTCY COURT FILING

**PLEASE TAKE NOTICE** that on the 22nd day of May, 2013, Ángel Juan Miró Martí, in his capacity as foreign representative of Quail Travel Group, S.A. (the "Petitioner") filed a *Verified Petition for Recognition of Foreign Main Proceeding* pursuant to Chapter 15 of the United States Code in the United States Bankruptcy Court for the Southern District of Florida, Miami Division, under Case No. 13-21971-RAM.

**PLEASE TAKE FURTHER NOTICE** that Petitioner has also filed a *Motion for Provisional Relief in Accordance with 11 U.S.C. § 1509* requesting an expedited hearing (the "Motion"). The Motion seeks certain provisional relief, including but not limited to seeking the imposition of a temporary automatic stay for the period of the petition date, May 22, 2013, through the date that the Bankruptcy Court rules on the *Verified Petition for Recognition of Foreign Main Proceeding*.

Dated: May 23, 2013   Respectfully submitted,

s/Brian W. Toth
Brian A. Briz
brian.briz@hklaw.com
Fla. Bar No. 657557
Brian W. Toth
Fla. Bar No. 57708
brian.toth@hklaw.com
Holland & Knight LLP
701 Brickell Avenue, Suite 3000
Miami, Florida 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799
Attorneys for Quail Travel Group, S.A.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by CM/ECF on May 23, 2013, on all counsel or parties of record on the Service List below, and by e-mail to all counsel not registered with CM/ECF.

s/Brian W. Toth<br>
Brian W. Toth

## SERVICE LIST

Patrick E. Novak
patrickn@admiral-law.com
Horr, Novak & Skipp, P.A.
Two Datran Center, Suite 1700
9130 S. Dadeland Boulevard
Telephone: (305) 670-2525

Daniel A. Tadros
Alan R. Davis
Chaffe McCall L.L.P.
2300 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163
Telephone: (504) 585-7000

*Counsel for Hainan*

Michael T. Moore
mmoore@moore-and-co.net
Clay M. Naughton
cnaughton@moore-and-co.net
Amber E. Ferry
aferry@moore-and-co.net
Moore & Company
355 Alhambra Circle
Suite 1100
Coral Gables, FL 33134
Telephone: (305) 221-0600

*Counsel for Garnishees*