UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-cv-24016-KING/McALILEY

HAINAN CRUISE ENTERPRISE, S.A.,

    Plaintiff,

vs.

HAPPY CRUISES S.A. et al.,

    Defendants.
_____/

## NOTICE OF BANKRUPTCY COURT ORDER GRANTING PROVISIONAL RELIEF

**PLEASE TAKE NOTICE** that, after holding a hearing on the Expedited Motion for Provisional Relief in Accordance with 11 U.S.C. § 1509 filed by Ángel Juan Miró Martí, in his capacity as foreign representative of Quail Travel Group, S.A. (the "Petitioner"), in the bankruptcy matter captioned *Quail Travel Group, S.A.*, Case No. 13-21971-RAM, on the 6th day of June, 2013, Judge Robert A. Mark of the United States Bankruptcy Court for the Southern District of Florida entered an Order Granting Foreign Representative's Motion for Provisional Relief in Accordance with 11 U.S.C. § 1519 (the "Order"). A copy of the Order is attached as Exhibit A hereto. Pursuant to the Order, Judge Mark granted Petitioner's Expedited Motion for Provisional Relief in Accordance with 11 U.S.C. § 1509 and ordered, among other things, it is:

> **ORDERED** that while this Order is in effect, all entities (as that term is defined in section 101(15) of the Bankruptcy Code) are hereby enjoined from:
>
>     a) executing against Quail Travel's assets;
>     b) the enforcement of a judgment against Quail Travel or against its property;
>     c) any act to obtain possession or control of property of Quail Travel;
>     d) any act to create, perfect, or enforce any lien against property of Quail Travel;

> e) any act to collect, assess, or recover a claim against Quail Travel;
> f) transferring, relinquishing or disposing of any property of Quail Travel to any person or entity; and
> g) the setoff of any debt owing to Quail Travel against any claim against Quail Travel (collectively, clauses (a) through (g) the "Enjoined Conduct")
> . . . .

*See* Order, ¶ 2.

**PLEASE TAKE FURTHER NOTICE** that Judge Mark further ordered, among other things, that it is:

> **ORDERED** that the stay of litigation provided for in this Order shall not include the action styled *Hainan Cruise Enterprise S.A. v. Happy Cruises, S.A.,* 12-cv-24016-JLK (S.D. Fla.) (the "Hainan Action"), except to the extent that Hainan seeks relief against Quail Travel, the Settlement Proceeds (as defined in the Motion for Provisional Relief) or any other asset of Quail Travel.

*See* Order, ¶ 6.

*****

Dated:  June 13, 2013                    Respectfully submitted,

s/Brian A. Briz
Brian A. Briz
brian.briz@hklaw.com
Fla. Bar No. 657557
Brian W. Toth
Fla. Bar No. 57708
brian.toth@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3000
Miami, Florida 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

*Attorneys for Quail Travel Group, S.A.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by CM/ECF on June 13, 2013, on all counsel or parties of record on the Service List below, and by e-mail to all counsel not registered with CM/ECF.

s/Brian A. Briz<br>
Brian A. Briz

## SERVICE LIST

Patrick E. Novak
patrickn@admiral-law.com
Horr, Novak & Skipp, P.A.
Two Datran Center, Suite 1700
9130 S. Dadeland Boulevard
Telephone: (305) 670-2525

Daniel A. Tadros
Alan R. Davis
Chaffe McCall L.L.P.
2300 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163
Telephone: (504) 585-7000

*Counsel for Hainan*

Michael T. Moore
mmoore@moore-and-co.net
Clay M. Naughton
cnaughton@moore-and-co.net
Amber E. Ferry
aferry@moore-and-co.net
Moore & Company
355 Alhambra Circle
Suite 1100
Coral Gables, FL 33134
Telephone: (305) 221-0600

*Counsel for Garnishees*