UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 1:12-CV-24016/KING/McALILEY

HAINAN CRUISE ENTERPRISE S.A.,

    Plaintiff,

vs.

HAPPY CRUISES S.A., QUAIL TRAVEL
GROUP, S.A., AND QUAIL CRUISES
SHIPMANAGEMENT, LTD.,

    Defendants.
_____/

## ORDER AUTHORIZING DISBURSEMENT OF ATTACHED FUNDS

THIS CAUSE comes before the Court on Plaintiff's Unopposed Motion for Order Authorizing Disbursement of Attached Funds (the "Motion"). [DE ]. The Court having reviewed the Motion, noting that Defendants Quail Travel Group S.A. and Quail Cruise Ship Management Ltd., Garnishee Operadora E Agencia De Viagens Tur Ltda f/k/a/ Agencia De Viagens CVC Tur Ltda. ("CVC"), and non-parties Jewel Owner Ltd. and Pearl Owner Ltd. do not oppose the Motion or the relief sought therein and being otherwise duly advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    The Motion [DE ] is **GRANTED**.

    2.    CVC will transfer $2.5 million that is the property of Quail Cruises to the H&K Account.

    3.    CVC will transfer $2.5 million that is the property of Quail Travel to the Quail Travel Account.

4. Upon Hainan's receipt of the full payment of its portion of the $2.5 million that is the property of Quail Cruises, the parties shall forthwith file a stipulation of dismissal with prejudice, with each party to bear its own attorney's fees and costs.

**DONE AND ORDERED** in chambers at Miami, Florida this 19 day of December, 2013.

CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

Copies to:
The Honorable James Lawrence King
Counsel of Record

Judge McAliley
/358